## CONTINENTAL CASUALTY CO. ET AL. *v.* ROBERTSON LUMBER CO.

No. 582.   Decided April 21, 1969.

*Kahl K. Spriggs* and *James L. Lamb* for appellants.

*Harold D. Shaft* for appellee.

*Solicitor General Griswold,* at the invitation of the Court, filed a memorandum for the United States.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.